UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

REGINALD D. BROWN                                                          DEFENDANT

v.                                       CRIMINAL ACTION NO. 3:15-CR-00114-CRS

UNITED STATES OF AMERICA                                                   PLAINTIFF

<u>Order</u>

Defendant Reginald D. Brown filed a motion for revocation of the detention order (DN 56). The United States opposed Brown's motion (DN 59). The motion was referred to Magistrate Judge Dave Whalin for a report and recommendation, and a hearing (DN 57). Following the hearing, the magistrate judge recommended that Brown's motion for revocation of the detention order be denied (DN 72). Brown did not object to the magistrate judge's report and recommendation. Seeing no objections and upon review, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Whalin's report and recommendation in full. Brown's motion for revocation of the detention order is **DENIED**.

December 20, 2016

**Charles R. Simpson III, Senior Judge**
**United States District Court**